JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

PIETRO GUISEPPE SARTORESI,  )   No. ED CV 08-00901-GW (VBK)
                            )
            Petitioner,     )   JUDGMENT
                            )
      v.                    )
                            )
ROBERT HOREL,               )
                            )
            Respondent.     )
_____)

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: February 1, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE